HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY JOHN EMDE,

Defendant.

Case No. CR03-5830

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Letter/Motion for Modification of Sentence [Dkt. #44].

Having considered the entirety of the records and file herein, and having considered that the Court has no jurisdiction to reduce a defendant's sentence absent a motion from the government, see Fed. R. Crim. P. 35(b), it is hereby

**ORDERED** that the Letter/Motion [Dkt. #44] is **DISMISSED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 7th day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1